UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA ANN QUIGLEY, | ) | CASE NO. EDCV 15-786 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    In accordance with the Memorandum Opinion filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: January 11, 2016

_____
ALICIA G. ROSENBERG
United States Magistrate Judge